# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## July 28, 2009

| | | |
|---|---|---|
| 29351 | Kaina v. Gellman | Affirmed |
| 29167 | State v. Craig | Affirmed |

## August 12, 2009

| | | |
|---|---|---|
| 29264 | State v. Carranco | Affirmed |

## August 27, 2009

| | | |
|---|---|---|
| 29328 | Blaisdell v. State | Affirmed |

## September 4, 2009

| | | |
|---|---|---|
| 29377 | State v. Anderson | Affirmed |

## September 14, 2009

| | | |
|---|---|---|
| 29684, 29685 | J.E., In re | Affirmed |
| 29383 | Lacio v. Da Kitchen Exp. | Affirmed |

## September 22, 2009

| | | |
|---|---|---|
| 29474 | Abordo v. State | Affirmed |
| 28842 | Shepard v. Shepard | Affirmed |

## September 23, 2009

| | | |
|---|---|---|
| 29506 | Butts v. Administrative Director of Courts | Affirmed |
| 28535 | Kreytak v. Kreytak | Affirmed |

## September 24, 2009

| | | |
|---|---|---|
| 28357 | Correa, In re | Affirmed |
| 29423 | State v. Ko | Reversed |

## September 29, 2009

| | | |
|---|---|---|
| 29285 | State v. Kim | Vacated and Remanded |
| 29493 | State v. Makekau | Affirmed |

## September 30, 2009